UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. TILBURY,<br><br>    Petitioner,<br><br>    v.<br><br>S. FRAUENHEIM,<br><br>    Respondent. | Case No. 15-cv-01266-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME; GRANTING PETITIONER LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 2, 9 |

Good cause appearing, respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **July 27, 2015**. Within **twenty-eight (28) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

Petitioner's application to proceed in forma pauperis is GRANTED.

This order terminates Docket Nos. 2 and 9.

**IT IS SO ORDERED.**

Dated: 5/28/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge