UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. TILBURY,<br><br>    Petitioner,<br><br>  v.<br><br>S. FRAUENHEIM, Warden,<br><br>    Respondent. | Case No.  15-cv-01266-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 15 |

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED.  Petitioner shall file his traverse no later than **November 23, 2015**.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 10/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge