UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL L. TILBURY,

    Petitioner,

    v.

S. FRAUENHEIM, Warden,

    Respondent.

Case No. 15-cv-01266-HSG (PR)

**ORDER GRANTING PETITIONER'S SECOND APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 17

Good cause appearing, petitioner's second application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **December 23, 2015**.

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: 12/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge