UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. TILBURY,<br><br>              Petitioner,<br><br>   v.<br><br>ROBERT W. FOX, Warden,<br><br>              Respondent. | Case No. 15-cv-01266-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge